UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TORIBIO VELASQUEZ-SANTOS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 6:26-cr-111-REW-HAI<br><br><br>ORDER |

*** *** *** ***

After conducting Rule 11 proceedings, *see* DE 22 (Minute Entry), United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Defendant Toribio Velasquez-Santos's guilty plea and adjudge him guilty of Count One of the Indictment. *See* DE 7 (Indictment); *see also* DE 23 (Recommendation); DE 19 (Plea Agreement). Judge Ingram expressly informed Velasquez-Santos of his right to object to the recommendation and secure *de novo* review from the undersigned. *See* DE 23 at 2-3. The established three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in h[er] objections to the magistrate [judge]'s report and recommendation . . . [s]he has forfeited h[er] right to raise this issue on appeal'" (quote brackets simplified) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996))); *United States v. Olano*, 113 S. Ct. 1770, 1777 (1993) (distinguishing

waiver and forfeiture); FED. R. CRIM. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

The Court, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 23, **ACCEPTS** Velasquez-Santos's guilty plea, and **ADJUDGES** Velasquez-Santos guilty of Count One of the Indictment.
2. The Court will issue a separate sentencing order.[1]

This the 25th day of November, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**

[1] At the hearing, Judge Ingram remanded Velasquez-Santos to custody. *See* DE 22. This was his status pretrial. *See* DE 5; DE 12. Absent an intervening order, Velasquez-Santos will remain in custody pending sentencing.